**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-CR-80020-HURLEY**

**UNITED STATES OF AMERICA,**

    **plaintiff,**

**vs.**

**JOSEPH SUTERA,**

    **defendant.**
_____/

**ORDER ON REMAND**

**THIS CAUSE** is before the court on order of limited remand from the Eleventh Circuit Court of Appeals, which has directed this court to determine whether the defendant, Joseph Sutera, is indigent and financially unable to retain counsel for his direct criminal appeal [ECF No. 313]. Pursuant to that direction, this court referred the matter to Magistrate Judge Dave Lee Brannon to conduct an *in camera* evidentiary hearing upon the issues [ECF No. 314]. On July 3, 2012, Magistrate Judge Brannon conducted an *in camera* evidentiary hearing pursuant to this court's request, and promptly issued his sealed report and recommendation upon the issues presented [ECF No. 323].

Having carefully reviewed the report and recommendation of Magistrate Judge Brannon, and pursuant to 28 U.S.C. § 636(b)(1), having made *de novo* determinations with respect to any portions of the report to which formal written objection has been lodged, the court finds the resolution of the issues as recommended by Magistrate Judge Brannon to be sound and well-reasoned and accordingly shall adopt those recommendations here.

It is accordingly **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of United States Magistrate Judge Dave Lee Brannon Hopkins [ECF No. 323] is **APPROVED and ADOPTED** in full.

2. The court finds the defendant financially unable to obtain representation for his direct criminal appeal.

3. Each of the defendant's present counsel of record is appropriately relieved of any further responsibility to represent the defendant in this case.

4. The defendant is entitled to appointment of CJA appellate counsel to handle his direct criminal appeal, in addition to payment of appellate filing fees, costs and the cost of producing necessary transcripts through the Criminal Justice Fund.

5. While the court cannot take issue with the Magistrate Judge's findings of fact and conclusions of law – all carefully crafted – it nonetheless is compelled to express its unease that a defendant who paid retained counsel $250,000.00 to negotiate a plea (which contained a waiver of the right to appeal) and to successfully argue for a Rule 35 reduction of sentence, now seeks public assistance to prosecute an appeal that appears, on its face, to be frivolous. The notice of appeal seeks review of a vacated judgment. Added to this mix is the defendant's curious assertion that he filed a timely notice of appeal in 2007, but did not learn that it had been lost in the mail until August of 2011.

6. Pursuant to direction of the Eleventh Circuit Court of Appeals, the Clerk of Court of this court is directed to promptly transmit to the appellate court a copy of the transcript of the *in camera* evidentiary proceedings conducted before Magistrate Judge Brannon together with a copy of this order and the underlying report and recommendation of Magistrate Judge Dave Lee Brannon.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 13th day of July, 2012.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:
all counsel